UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTH OF
APRIL, 2010, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the month of April, 2010. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 09-11949 KAID V. LIBERTY MUTUAL FIRE INSURANCE
2. 08-12960 FOR MOTOR CO. V. UNITED STATES OF AMERICA
3. 09-10490 ALERIS ALUMINUM CANADA V. VALEO, INC.
4. 09-12106 WILLIAMS V. JP MORGAN MORTGAGE ACQUISITION, ET.AL
5. 09-11380 RIVIERA DISTRIBUTORS V. RDI OF MICHIGAN, LLC
6. 09-12003 TOOL-PLAS SYSTEMS V. CAMACO, LLC
7. 09-12782 HERRON V. WILSHIRE CREDIT CORP.
8. 09-11290 BRICKLAYERS PENSION TRUST V. EVERLAST MASONRY
9. 09-10860 TATANGELO V. MGM GRAND DETROIT, LLC


        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: February 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 2, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**