UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,
             Plaintiff,

v.                                                    Case No. 08-12960
                                                      Honorable Patrick J. Duggan

UNITED STATES OF AMERICA,
             Defendant.
_____/

## JUDGMENT

Ford Motor Company ("Ford") filed this lawsuit against the United States

("Government") under the internal revenue laws, seeking to recover additional interest

Ford claims it is due for calendar years 1983-1989, 1992, and 1994.  Subsequently, the

Government filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(c)

and Ford filed a motion for summary judgment pursuant to Federal Rule of Civil

Procedure 56.  In an Opinion and Order entered on this date, the Court granted the

Government's motion and denied Ford's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Ford's Complaint is

**DISMISSED WITH PREJUDICE** and **JUDGMENT** is entered in favor of the

Government and against Ford.

DATE: June 3, 2010                     s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:
Richard E. Zuckerman, Esq.
Jennifer Zbytowski Belveal, Esq.
Douglas C. Salzenstein, Esq.
Christine S. Hooks, Esq.